IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Jonah Jurkens,

        Plaintiff,

vs.                                        CIVIL NO. 1:24-cv-00008-SCY-JMR

Joel Jurkens, et al.,

        Defendants.

### NOTICE OF GOOD STANDING

I, Lane Martin, certify that Attorney Gini L. Hendrickson of Amundsen Davis, LLC is in good standing with the Supreme Court of Wisconsin, the Federal Eastern District of Wisconsin, the Federal Western District of Wisconsin, and the Tax Court.

Dated: February 2, 2024                MARTIN, DUGAN & MARTIN
                                                                 Attorneys for Plaintiff, Jonah Jurkens

                                                                 By: **/s/Lane T. Martin**
                                                                 Attorney Lane Martin
                                                                 509 W. Pierce Street
                                                                 P.O. Box 2168
                                                                 Carlsbad, NM  88221-2168
                                                                 575-887-3528
                                                                 575-887-2136 (fax)